UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                   Case No. 19-CR-14

BRANDON T DAUL,

    Defendant.

## ORDER GRANTING MOTION TO ADJOURN

The defendant in the above matter has filed a motion to adjourn the final pre-trial and trial dates in the above matter currently scheduled for April 12, 2019 and April 29, 2019, respectively. Counsel indicates that the additional time would afford the defendant and counsel an opportunity to obtain an evaluation and risk assessment of Mr. Daul. It would, therefore allow counsel the reasonable time necessary for effective preparation and representation of her client and allow all parties an opportunity to reach a resolution short of trial. Based on the foregoing, the motion is granted and the period of delay is excluded under the Speedy Trial Act because the court finds that both the interests of the public and the defendant in a speedy trial are well outweighed by insuring that the defendant and government have sufficient time to reach an appropriate resolution of this matter.

Dated this __8th__ day of April, 2019.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court